```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN J. STURDIVANT,

                        Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                        Defendants.

1:22-cv-10539-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    On or before June 6, 2023, the City is directed to file a status report on the docket, informing the Court whether it has received interrogatory responses, or any other responsive communications, from the *pro se* Plaintiff.

    The Clerk of Court is requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

**Dated:  June 2, 2023**
           **New York, New York**

                                                */s/ Mary Kay Vyskocil*
                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**